# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | Case No. 17 B 00141 |
|---|---|
| Antoinette S Melton | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/04/2017.

2) The plan was confirmed on 11/30/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/29/2018.

5) The case was Dismissed on 12/06/2018.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,321.69 |
| Less amount refunded to debtor | $198.83 |
| **NET RECEIPTS:** | **$8,122.86** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,243.90 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $371.71 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,615.61** |

Attorney fees paid and disclosed by debtor:       $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Furniture | Unsecured | 2,112.00 | NA | NA | 0.00 | 0.00 |
| Adtalem Global Education | Unsecured | 1,435.49 | 1,273.77 | 1,273.77 | 32.87 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 3,000.00 | 1,107.14 | 1,107.14 | 28.57 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,222.00 | 1,221.79 | 1,221.79 | 31.52 | 0.00 |
| Bank of America | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| Barnes Auto | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Cash Now | Unsecured | 3,153.81 | 2,915.07 | 2,915.07 | 75.21 | 0.00 |
| Chasmccarthy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 31,000.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 46,000.00 | 31,670.81 | 31,670.81 | 817.05 | 0.00 |
| City of Chicago Department of Water | Unsecured | 0.00 | 215.05 | 215.05 | 5.55 | 0.00 |
| Collection Specialists | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 4,065.74 | 3,583.27 | 3,583.27 | 92.45 | 0.00 |
| Consumer Portfolio Services | Secured | 11,977.00 | 12,126.37 | 12,126.37 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 1,855.57 | 13,587.13 | 13,587.13 | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 3,344.51 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 825.82 | NA | NA | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Control | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 51,203.00 | 52,158.81 | 52,158.81 | 1,345.61 | 0.00 |
| Enhanced Recovery | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| ERC/Enhanced Recovery Corp | Unsecured | 1,107.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Gabriel Nicolescou | Unsecured | 1,670.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | 1,094.00 | 1,093.70 | 1,093.70 | 28.22 | 0.00 |
| Gilbert La Vonn Jr. | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| Harper College | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| IC Systems, Inc. | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,650.00 | 3,909.00 | 3,909.00 | 100.86 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 179.25 | 179.25 | 179.25 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 17.00 | 17.00 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 7,920.00 | 7,943.35 | 7,943.35 | 204.93 | 0.00 |
| Illinois Tollway | Unsecured | 426.00 | 9,724.30 | 9,724.30 | 250.87 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 732.00 | 866.84 | 866.84 | 17.58 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 690.00 | 856.41 | 856.41 | 17.37 | 0.00 |
| Jefferson Capital Systems, LLC | Unsecured | 100.45 | NA | NA | 0.00 | 0.00 |
| Kendall College LL | Unsecured | 925.27 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Merchants' Rcovery Bureau, Inc. | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections of America | Unsecured | 1,847.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Acceptance | Unsecured | 6,256.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin/55 | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,017.12 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,300.00 | 3,341.01 | 3,341.01 | 86.20 | 0.00 |
| Premier Bankcard | Unsecured | 444.59 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 8,437.00 | 7,486.27 | 7,486.27 | 193.14 | 0.00 |
| Quantum3 Group LLC | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 1,023.00 | NA | NA | 0.00 | 0.00 |
| University Of Phoenix | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| Village of Bellwood | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,126.37 | $0.00 | $0.00 |
| All Other Secured | $13,587.13 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,713.50** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $179.25 | $179.25 | $0.00 |
| **TOTAL PRIORITY:** | **$179.25** | **$179.25** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$129,383.59** | **$3,328.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $4,615.61 |
| Disbursements to Creditors | $3,507.25 |
| **TOTAL DISBURSEMENTS** : | **$8,122.86** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/18/2019                    By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**